**Order filed June 16, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00312-CV

_____

## THE ESTATE OF KATHI WALSH

On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 365864

## ORDER

This appeal is from an order signed March 22, 2016. Appellant, Ryan Overton, filed a notice of appeal on February 25, 2016. Appellant filed an affidavit of indigence on April 8, 2016.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the official court reporter for Probate Court No. 2 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM